*794 Justice Sotomayor,
concurring.
I agree with the Court’s resolution of this case and with its reasoning. I write separately to note that I share Justice Breyer’s concerns as to the principles adopted by the Court of Appeals for the Federal Circuit in FilmTec Corp. v. Allied-Signal Inc., 939 F. 2d 1568 (1991), and the application of those principles to agreements that implicate the BayhDole Act. See post, at 799-803 (dissenting opinion). Because Stanford failed to challenge the decision below on these grounds, I agree that the appropriate disposition is to affirm. Like the dissent, however, I understand the majority opinion to permit consideration of these arguments in a future ease. See ante, at 784, n. 2.